**AFFIDAVIT**

STATE OF ILLINOIS    )
COUNTY OF COOK     )

      I, the undersigned, being duly sworn, do hereby depose and say:

I.     My name is Jesus Raul Beltran Leon, I am over the age of 18 and am currently a resident of the State of Illinois.

II.    I am a defendant in the United States District Court for the Northern District of Illinois, case no. 09-CR-383.

III.   I have personal knowledge of the facts herein and, if I testified as a witness, could competently recall and recount the facts of this case.

IV.   The following facts are true and correct to the best of my recollection and belief:

V.    At approximately 1:00 a.m. on Sunday, November 16, 2014, a group of heavily armed members of the Mexican Navy (Marines) broke into the Culiacán residence belonging to my parents, where my wife and I also resided, and seized every member of the family.

    A.    My wife and I were asleep in our bedroom when the group invaded the room yelling loudly and brandishing heavy weapons. The invaders punched me violently and threatened to kill me.

    B.    Via lights attached to the intruders' rifles, I was able to distinguish helmets, goggles, ski masks, bulletproof vests and numerous guns.

    C.    Because none of the invaders identified themselves as government agents or provided any type of warrant, I believed I was being kidnaped.

    D.    I desperately scanned the room for my wife, but could not locate her.

VI.   The group quickly blindfolded me, tied my hands behind my back, and shoved me, wearing nothing but underpants, to the kitchen.

    A.    While en route to the kitchen, the group repeatedly bludgeoned me on the back of my head and neck with their fists and with hard objects.

    B.    In the kitchen, my abductors held me down, placed plastic bags over my face, and began to asphyxiate me while others punched me in the abdomen, which forced the air in my lungs to expel faster.

VII.   At the same time, they threatened, "Now, you son of a bitch, are you going to cooperate or do you think that your daughter can withstand a plastic bag?"
   A.   They threatened to bring my infant daughter to the kitchen.
   B.   They repeatedly threatened to gang-rape my wife, and said, "We are going to kill your mother with a shot to the head or maybe we'll just hang her from a bridge."
   C.   At that point, desperate to save my family, I would have provided any information they wanted.
   D.   They, however, did not attempt to ask me any questions.

VIII.  I estimate that they placed approximately ten plastic bags over my face every two to three minutes during this time, ripping them a bit from time to time to provide a small amount of oxygen.
   A.   Due to the lack of oxygen and intense pain, I briefly lost consciousness several times.
   B.   When this occurred, they stayed indifferent to my physical condition.
   C.   This conduct firmly convinced me that my death was imminent.
   D.   The most difficult part of the ordeal was not knowing whether my wife, daughter, and mother were also being subjected to torture, or whether they were, in fact, dead or alive.

IX.    Although I lost track of time, I estimate that the abuse I endured in the kitchen lasted for approximately one hour.
   A.   My captors then moved me from the kitchen to the living room, where they removed my blindfold and the plastic bags and ordered me to sit in a chair.
   B.   There, my captors demanded that I dress in a polo shirt and jeans they had removed from my closet.
   C.   At that point, I was able to scan the room and realized that my house was swarming with people I believed to be Mexican Naval personnel.[1]
   D.   I estimated that I saw at least forty people, and noted that some of my captors were women, with long hair tucked under ski masks.
   E.   The majority of the invaders, however, were short men of Hispanic

_____

[1]    I arrived at this conclusion based on the fact that the group was armed with paramilitary gear, appeared to obey orders from a commander, and operated in fashion known to be typical of Mexican Naval Personnel.

descent.

F.    Not all the invaders were masked, and I noted that those who were not masked appeared to be providing orders to the others.

G.    The majority of the people who spoke sounded like they had southern accents from Chiapas, Oaxaca, or Guerrero, while some of the others had accents arising from Mexico City.

X.    I observed that a man, estimated to be approximately sixty years old with dark skin and white hair, commanded the whole group.

A.    The commander was followed by a younger man, who I estimated to be approximately thirty years old, with brown hair and white skin.

B.    This man wore glasses and carried a laptop computer.

C.    In addition, I observed three people I believed to be Americans. These men were taller and had white skin.

D.    Two of the men had blonde hair, and one had red hair and a red beard. These men whispered in a language that I recognized as American English.

E.    One of the Americans stated, "We caught one motherfucker."

F.    All of the people I observed were heavily armed with rifles, pistols, and other weapons.

XI.    When I was dressed, my captors again blindfolded me.

A.    After a short period of time, however, my abductors lifted the blindfold slightly, and provided me with three cellular telephones.

B.    For each phone, my captors instructed me to enter a particular access code – "blanco" for a white Blackberry phone; "black negro" for a black Blackberry phone; and "blackberry" for a third Blackberry.

C.    The officers then returned the blindfold to my eyes.

XII.    I then briefly heard the voices of my wife, mother, and daughter in the living room.

A.    My family was, however, quickly removed.

B.    Immediately thereafter, the abductors' threats recommenced stating, "You know we have your family faggot!

C.    If you don't cooperate we are going to kill you!

D.    It's up to you if you want us to rape them.

E.    We could also kill your daughter."

F.    With each statement, my captors delivered brutal and excruciatingly

painful blows to my head and neck.

G.      After each blow, I was asked, "Do you understand?" and "Are you listening to me you son of a bitch?"

H.      During this assault, I could hear someone murmuring in English in the background.

I.      I also heard the sound of what I believed to be hammers crashing against the walls and furnishings in my home.

XIII.   My interrogators then demanded identifying information, such as name, age, marital status, and nationality.

A.      Hoping it might somehow help to keep the intruders from murdering me and my family, I explained that I was an American citizen.

B.      This information, however, did nothing to deter the force of my captors' onslaught.

C.      Instead, my captors commanded that I was going to tell them where Ivan Archivaldo and Alfredo Guzman Salazar lived, and I was going to take them there, or they would immediately massacre my family.

D.      Although I would have literally told my captors anything to save my family, I simply did not know and could not provide this information.

XIV.    Still blindfolded with my hands tied behind my back, my abductors removed me from my home and placed me in what was later revealed to be a white Ford SUV Eco Sport.

A.      I felt a person on each side of me.

B.      Initially, my abductors pushed my head down between my knees so I would not be visible from outside the vehicle.

C.      At a traffic light, however, my abductors sat me up, uncovered my face, rolled down the windows of the vehicle and played loud rock music.

D.      Because it was a weekend, there were many people on the streets of Culiacán who turned to view the proceedings.

E.      I believe my captors were mocking me and that I was being exhibited to the people they were passing as a type of trophy.

F.      After a period of time, I was again blindfolded and ordered to place my head between my knees.

G.      Although I could not see outside the vehicle, it was evident that the truck traveled along a dirt road.

XV.     When the truck finally stopped, my captors removed me from the vehicle
        and angrily threatened that, if I made a sudden move or refused to answer
        their questions, they would kill me.
    A.      They removed my blindfold, and I observed what appeared to be a
                military field.
    B.      There were approximately forty men and women standing around me.
    C.      They again demanded my identifying information, which I provided.
    D.      Again, I included the fact that I was an American citizen in the hope
                that I might be provided access to help from the United States
                embassy.
    E.      This hope was, however, futile.
    F.      I also asked to be presented before a District Attorney, but my request
                was ignored.

XVI.    While standing in the field, my captors completed forms, inked my fingers,
        and placed my fingerprints on the forms.
    A.      They used a device to take a picture of my eyes.
    B.      The abductors then removed all of my clothing to determine whether I
                had tattoos, moles, and other identifying characteristics.
    C.      The examiners were indifferent to the many bruises and lacerations
                that were the result of my abductors' repeated assaults.
    D.      I concluded that my brutal injuries did not phase my captors because
                they were part of a death squadron.

XVII.   While this was occurring the women in the group started to laugh and
        humiliate me.
    A.      They repeatedly stated, "He doesn't know all the fucking shit that
                awaits this Blondie.  For sure they're going to rape him."
    B.      Thereafter, the armed men around me began shouting insults
                including, "We are going to rape you, son of a bitch. Go fuck your
                mother.  You are going to die, Blondie son of a bitch.  This asshole is
                not going to hang on.  Let me fuck him first, chief!  I'm going to fuck
                you up son of a bitch!"
    C.      They also bellowed alarming remarks about my wife, among them,
                "Your wife was so good.  I fucked her too.  We all did.  I think the
                gringo was the first to rape her!  She didn't even yell, that whore!"

XVIII. When the verbal onslaught began to subside, I asked permission to use a

bathroom, and was walked, naked and barefoot, to a port-a-potty.

A.      When I returned, my abductors instructed me to re-dress, blindfolded me and bound my hands, and placed me back into the same white Ford SUV.

B.      Three other people also entered the vehicle and were surprisingly friendly; offering me food, political asylum, and other assistance, if I told them where Ivan Archivaldo and Alfredo Guzman lived.

C.      In response, I explained that, although I had been friends with the men in primary school, I no longer knew where they resided.

D.      My interrogators then removed my blindfold and untied my hands, and I observed boxes of plastic bags on the floor of the car by my feet.

E.      My interrogators promised that I would be transferred and remain in the Culiacán city jail if I provided any information on Ivan Archivaldo or Alfredo Guzman.

XIX.    During the ensuing drive, I was able to identify the driver and the front-seat passenger as two of the men who had been present at my home – the sixty year-old, white haired commander, who had an accent from southern Mexico; and the thirty year-old man who wore glasses, carried a laptop, and had a Mexico City accent.

A.      Unsatisfied with my answers, the people in the car became hostile and threatened to retrieve my wife, daughter, and mother, who would pay the price if I failed to cooperate.

B.      Suffering intense pain, exhausted, terrified, and desperate to protect my loved ones, at this point, I broke into tears and told my abductors that I did not know where Ivan Archivaldo and Alfredo Guzman lived because they only met at restaurants, discos, or at social events.

XX.    Thereafter, three men exited the car and another four got in.

A.      These men slowly and skillfully applied feminine sanitary napkins to my hands and neck, which was designed to eliminate friction burns when I struggled against my restraints.

B.      This conduct established that my captors were skilled in the art of torture.

C.      My captors then began to asphyxiate me with plastic bags while punching me in the stomach.

D.      I desperately tried to chew through the plastic bags to obtain oxygen, ultimately damaging eight molars.

      E.     In response, my persecutors placed bag over bag over my head, creating more and more pressure until I lost consciousness.

      F.     I awoke to the feeling of electrodes injecting intense electric shocks to the calves of my legs.

XXI.     After what seemed an eternity, my torturers transferred me to an armored Ford heavy-duty truck and changed personnel.

      A.     Even though I remained blindfolded, I knew that my captors changed personnel based on the manner in which these people changed the restraints on my hands and neck.

      B.     Thereafter, the vehicle began to move and I felt it traverse a number of hills and speed bumps.

      C.     During this part of the journey, my captors were deadly silent and did not engage in conversation or ask questions.

      D.     I recall that they played loud heavy metal music.

      E.     When I told my captors I needed to urinate, they stopped the vehicle and I was able to establish that they were on a dirt road.

XXII.    After traveling an additional distance, the vehicle stopped and I was transferred to another vehicle.

      A.     Although still blindfolded, I was able to identify a great deal through my other senses – the heat of other bodies, which of my captors had bathed, the differences in perfumes and deodorants, as well as the odor of the vehicle.

      B.     Through this non-visual information, it was clear to me that they transferred me back to the white Ford EcoSport SUV, and that they again changed personnel.

XXIII.   My new captors then engaged in the same routine – replacing the restraints on my hands and neck, and placing bag after plastic bag over my head as I fought desperately for breath.

      A.     I often felt that my lungs were going to burst and frequently succumbed to unconsciousness, only to revive briefly and have to face my merciless captors and the application of more plastic bags.

      B.     Despite their earlier demands for my cooperation, during these episodes, my tormentors asked no questions.

XXIV.   Eventually, my captors transferred me to yet another location, which I

later identified as one of the city's oldest parks, Park 87.

A. I was ordered out of the car and my restraints were removed.

B. By this time, my hopes were beginning to wane that I would be able to survive the nightmare, and I began to succumb to the terror.

C. When my blindfold was removed, I could not bring myself to open my eyes.

D. As I stood trembling and broken, I was again assaulted with loud verbal threats that I would be raped.

E. My captors then ordered me to remove all of my clothing.

XXV. Once I was naked, my abductors tied my hands behind my back with a thicker restraint and wrapped me, mummy-like, from my ankles to my head in cloth.

A. My captors then dumped me, head-first, into a waiting barrel of water. I lost consciousness.

B. When I regained my senses, I found myself lying face-up on the ground, and realized that some of the cloth binding had been cut off.

XXVI. At this point, I was able to observe a Marine helicopter, and realized that I was in Park 87.

A. I also realized that there were numerous people passing by on a city street that was situated just meters from my location.

B. Despite the fact that they were able to clearly observe what was happening, the spectators simply looked down and hurried away.

C. I also realized that my cloth bindings were full of excrement and urine, which must have been released while I was unconscious.

D. Angered by this event, my captors began kicking me and said, "Now for being a shitter, bathe him!"

E. They then removed the remaining cloth restraints and dumped me into the barrel of water, where I again lost consciousness.

XXVII. I next awoke in the trunk of a car, where I began throwing up water.

A. When my captors opened the trunk, I observed a large number of military people standing around the trunk, laughing at me.

B. My captors warned me that they had orders to inflict water torture all night.

C. Mentally collapsing from fear and physical exhaustion, I begged to speak to whomever was in charge, assuring them that I would fully

cooperate.

XXVIII.   During the night or early morning hours, my captors began throwing buckets of cold water on me to wash off the excrement.
    A.   During this "bath," my abductors continued to taunt me with promises of additional torture, assurances of impending rape, as well as threats to transport and inflict similar torture on my family.

XXIX.   Eventually, my assailants ordered me to get dressed.
    A.   Thereafter, the young white man with glasses arrived, and again asked for the address of Alfredo Guzman.
    B.   As the reality hit me that I was not in possession of the information my captors sought, I realized that I had nothing at my disposal to save my own life or the lives of my family.
    C.   When I tearfully explained that I did not know where Guzman lived, the man with glasses threatened to shoot me in the head, and leave a "Z" (the sign of the Zetas organization) on me.
    D.   In response, I begged to be taken to a police station, where I was prepared to confess to *anything* in order to bring an end to the nightmare.

XXX.   Rather than transporting me to jail, however, my captors replaced my restraints and blindfold, and placed me in the armored Ford truck.
    A.   Accompanied by three people, I was again driven through the same hills and speed bumps, with the loud rock music blaring, until they returned to my captors' apparent base of operation.
    B.   There, the abductors removed me from the vehicle and led me into a military barracks where people were sleeping on the floor.
    C.   As I was guided through the facility, still blindfolded, my escort would force me to stumble and fall onto the sleeping men and women.
    D.   Angered by my unexpected presence, the sleeping troops would lash out and kick me or curse at me.

XXXI.   I was escorted to, and seated in, a small black booth that, based on the odor, had been recently painted.
    A.   There, my captors removed my blindfold and ordered me to read the words on a poster, threatening that if I did not comply, he would murder me and my family would pay the consequences.

B.     A man with a Chicano (American) accent told me to look straight at the camera on his cellular phone or he would break my arm.

C.     This man was muscular and he and his companions wore better-quality sport clothes including Under Armour and new military boots.

D.     They did not fit a military profile.

E.     Although I did not recognize the man with the Chicano accent as one of the men who invaded my home, I was able to identify the man holding the poster was the white man with glasses who was present at my home and in the park.

XXXII.     I spoke with the man with the Chicano accent for approximately one hour.

A.     The man wanted to know details about Ivan Archivaldo and Alfredo Guzman, such as the vehicles they drove, where they ate, and how they communicated.

B.     The man wanted to speak only in Spanish, but I replied only in English.

XXXIII.     Thereafter, I read the contents of the poster while being filmed on the iPhone.

A.     This recitation included admissions that I, Ivan Archivaldo Guzman Salazar, and Alfredo Guzman flew from Culiacán to Chiapas to buy cocaine.

B.     I further admitted that each man was tasked with a particular job – I loaded the cocaine into the plane, Alfredo stacked the cocaine inside the plane, and Ivan piloted the plane.

XXXIV.     After completing the video, my captors again blindfolded me and removed me from the video booth.

A.     At that point, I could hear that the people sleeping on the floor were beginning to waken, and heard several voices.

B.     My abductors then placed me face down on a cot, pulled my pants down to my ankles, and threatened to rape me.

C.     I heard someone say, "bring the board."

D.     As this was being done, my tormentors told me they were going to hit me with the board forty times, as was the Marine tradition.

E.     Despite my resolute resistance, my captors were able to physically assault me.

F.     After each contact occurred, my captors struck me forcefully across the buttocks with a board.

G.     My resistance was also countered with painful blows to the head.

H.     Following this agony, I was rendered exhausted and withdrawn, and did not resist when my abductors placed a variety of firearms into my hands, presumably in order to transfer my fingerprints to the weapons.

XXXV.     Still blindfolded, I was later removed from the building and placed in what felt like a truck, where I was ordered to sit on a three-legged camping stool.

A.     There, I was questioned by someone with an unmistakable American accent regarding the whereabouts of Ivan Archivaldo, Alfredo Guzman, and Victor Felix.

B.     In response to each question, I honestly responded that I did not know. I also told my interrogator that I was a U.S. citizen. In response, the American interrogator confirmed, in Spanish, that he was aware of my citizenship, and also knew that I was going to be extradited to the United States for money laundering.

XXXVI.     In Spanish, the man with the Chicano accent also asked whether I "knew about the three letters."

A.     When I asked which three letters, my interrogator answered, "D.E.A."

B.     In response, I explained that I knew nothing about the D.E.A.; that I did not have any reason to be worried about the D.E.A., and that I had no reason to believe I was in any trouble.

C.     The man with the Chicano accent stated that he was, in fact, with D.E.A.

D.     He went on to talk, in a bragging manner, about how great D.E.A. was, and that they knew about everything that went on.

E.     The man stated that he knew about a time when I was detained in the Los Angeles International Airport, and said that the person who had interrogated me there was his friend from San Diego.

F.     He also told me that he was aware of the fact that I had once been detained in Las Vegas by an ICE agent.

G.     During this conversation, I described, in English, the nature and intensity of the torture to which I had been subjected, but my interrogator departed without another word.

XXXVII.    My captors then transferred me to what I believed was the armored heavy-duty Ford truck.

    A.    There, I met with the white-haired commander, who had been present during my abduction from my home.

    B.    The commander removed my blindfold and untied my hands, then explained that he was just doing his job and that he was only following orders.

    C.    The commander stated they were going to take me to the airport.

    D.    He further warned that, if I did not honor my agreement to say I was guilty of the charges, they would kill my wife and daughter, as well as the rest of my family.

    E.    As night began to fall, my captors delivered me to another group of Marines, who loaded me onto a Hercules airplane and transported me from Culiacán to the Federal District in Mexico City.

    F.    While en route, the Marines again warned me that failure to admit guilt would result in the death of my wife and daughter.

XXXVIII.    Upon arrival in Mexico City, I was turned-over to a fresh group of abusive Marines who delivered swift punches and brutally kicked me while wearing heavy combat boots.

    A.    These men also screamed verbal insults in my face and told me they would prefer to kill me than to take me to prison.

    B.    I was then escorted to a waiting armored truck.

    C.    I recall that the truck's back seats swivelled 360 degrees and that my captors demanded that I only focus my eyes on the floor.

    D.    When the truck arrived at its destination, my captors and I remained outside for a long period of time.

    E.    Eventually, I was escorted to the top floor of an office building.

    F.    While en route, I observed that the building was full of video cameras.

    G.    I also observed numerous people stacking file boxes to block the cameras' view of certain parts of the building.

XXXIX.    I was ordered to sit, face down, at a desk.

    A.    There, I heard the unmistakable sounds of another man being viciously tortured.

    B.    I heard the man crying and yelling for help, and I heard the interrogator ask about the Ford EcoSport in which I had been tortured.

    C.    When the man finally succumbed to his agony and lost consciousness,

       the torturers carried the man to another room.

    D.    Later, additional people arrived and recommenced choking the man with plastic bags – an unmistakable sound in light of the fact that I had been the victim of the same treatment just hours before.

XL.    I later learned that I was being held in the offices of SEIDO (Subprocuraduría Especializada en Investigación de Delincuencia Organizada) – the organized-crime division of Mexico's Office of the Attorney General.

    A.    During the time when the man within earshot of me was being tortured, various employees, including secretaries and attorneys, arrived at the office and went about their daily business.

    B.    None of these people registered the slightest concern about the fact that a human being was being tortured, possibly to death, in their presence.

    C.    For them, it was simply a normal business day.

    D.    I found this realization shocking and deeply disheartening.

XLI.    I was later examined by doctors. Fearing for my life and the lives of my family, and in light of the impunity with which the people in the Attorney General's Office committed such horrific torture, I did not believe it was safe to complain to my examiners about the abuse I had endured.

XLII.    Thereafter, I was delivered to a man I believed to be a District Attorney, who said he was from Sinaloa and was present to assist me.

    A.    The District Attorney provided me with documents that, he said, were provided by my attorneys.

    B.    The documents may have included a confession, an agreement to waive extradition proceedings, or other written instruments that were against my interest.

    C.    Mustering every ounce of my remaining strength, I refused to sign anything until I could have contact with a trusted attorney.

    D.    Upon my refusal, my captors recommenced physical torture.

    E.    Thereafter, I was subjected to a repeating cycle in which I was told I needed to sign the documents and, upon my refusal, my captors recommenced their abuses.

XLIII.    At one point, a woman from the United States Embassy briefly visited

me.

    A.     During this visit, I told the woman about the physical and psychological torture to which I had been subjected.

    B.     I also explained that I believed I could die while in custody and desperately feared for the safety of my family. In response, the woman indicated that "they were recording" and said she could do nothing to help me.

XLIV.     I believe my attorneys filed an "Amparo Indirecto" (a remedy for the protection of constitutional rights) on my behalf against the authorities who seized and tortured me.

XLV.     I was transferred to the Federal Center of Social Rehabilitation #11, in Sonora, Mexico.

    A.     Upon arrival, my escort from SEIDO angrily instructed the guards to give me "special attention."

    B.     Following my arrival, I spent nearly three months in solitary confinement.

XLVI.     On November 21, 2014, I appeared before a judge without a lawyer.

    A.     During this court appearance, I described the fact that I was tortured and asphyxiated by the Navy officials (Marines) who abducted me from my home.

    B.     I further explained that, while I was at SEIDO, I did not report the abuses I endured because I was overwhelmed and intimidated by what my captors had done and threatened to continue to do to me and to my family.

    C.     On November 24, 2014, I appeared before a judge with my attorney and provided an extended statement regarding my abduction and torture at the hands of the Mexican Marines.

XLVII.     On November 25, 2014, attorney Omar Alejandro Gonzalez Vazquez filed a court document in which he asked for it to be noted on the record that I sustained human rights violations at the hands of my captors.

    A.     These violations included the fact that Naval officers held me for more than twenty hours without notifying anyone of my whereabouts.

    B.     On the same day my wife, Brianda Lizbeth Felix Beltran, provided a

statement regarding events that transpired when the Mexican Marines stormed into our home on November 16, 2014, and tortured and abducted me.

XLVIII.   On December 7, 2014, I submitted a form provided by a woman from the United States Embassy while at the Federal Center of Social Rehabilitation #11 in Sonora.  This form had to do with recognition of my status as a citizen of the United States.  In the "comments" section of this form, I began to detail the torture that I endured.  I continued to detail the torture on additional pieces of paper that the woman from the Embassy provided.

A.   In the statement, I explained that, during my arrest, I was abused by members of the Mexican Navy, as well as agents from the United States' Drug Enforcement Administration.

Under penalties as provided by Illinois law, the undersigned hereby certifies

that the statements set forth in this instrument are true and correct.

Executed this __28th__ day of November, 2017

JESUS RAUL BELTRAN LEON

Subscribed and sworn to before me on this __28th__ day of November, 2017, Cook County, Illinois.

Signature: _Paul M Brayman_

Notary public, State of Illinois

PAUL M. BRAYMAN
Notary Public - State of Illinois
My Commission Expires  7/02/2020

My commission expires: __7/02/2020__