SECRETARIA DE MARINA
ARMADA DE MEXICO
CUARTEL GENERAL DEL ALTO MANDO
CLINICA NAVAL DE CUEMANCO

## CERTIFICADO MEDICO DE LESIONES

### I. DATOS DEL MEDICO QUE CERTIFICA

ITZEL DAYANA GARCÍA DOMÍNGUEZ TENIENTE DE CORBETA DEL SERVICIO DE SANIDAD NAVAL, MEDICO CIRUJANO NAVAL, DE LA MILICIA PERMANENTE DE LA ARMADA DE MEXICO, MATRICULA DE GUERRA (M-60548), LEGALMENTE AUTORIZADA PARA EJERCER SU PROFESION CON TITULO Y CEDULA DE LA DIRECCION GENERAL DE PROFESIONES CON EL NUMERO OCHO MILLONES CUATROCIENTOS SEIS MIL QUINIENTOS SESENTA Y CINCO, PERTENECIENTE A LA CLÍNICA NAVAL DE CUEMANCO DE LA SECRETARIA DE MARINA ARMADA DE MEXICO.

### II. FICHA DE IDENTIFICACIÓN

EL DIA DIECISEIS DE NOVIEMBRE DEL DOS MIL CATORCE A LAS 23:47 HRS SE INICIA VALORACION DESDE EL PUNTO DE VISTA CLINICO A UNA PERSONA DEL SEXO MASCULINO, QUIEN DIJO LLAMARSE **JESUS RAUL BELTRAN LEON** REFIRIENDO TENER 30 AÑOS DE EDAD, DE NACIONALIDAD NORTEAMERICANA ORIGINALMENTE (TORREANCE, BAJA CALIFORNIA ESTADOS UNIDOS DE NORTEAMERICA) Y MEXICANO (CULIACAN, SINALOA), RESIDENTE ACTUAL DE CULIACAN, SINALOA, DIRECCION: CALLE LOS AGUACATES, COLONIA LA CAMPIÑA, CULIACAN, SINALOA, ESTADO CIVIL CASADO, ESCOLARIDAD: PROFESIONAL (LIC. EN ADMINISTRACION DE EMPRESAS).

### III. ANTECEDENTES PERSONALES NO PATOLOGICOS

ALCOHOLISMO POSITIVO DESDE LOS 15 AÑOS, TABAQUISMO POSITIVO DESDE LOS 18 AÑOS, TOXICOMANÍAS POSITIVA, REFIERE COCAINA DESDE LOS 21 AÑOS.

### IV. ANTECEDENTES PERSONALES PATOLÓGICOS

QUIRURGICOS: LIPOSUCCION HACE 1 AÑO, ALERGICOS: NEGADOS, CRONICO DEGENERATIVOS NEGADOS, ESQUEMA DE VACUNACION COMPLETO, TRANSFUSIONES: NEGADAS.

### V. DESCRIPCION GENERAL

TEZ CLARA, CABELLO CORTO COLOR CASTAÑO, COMPLEXION MEDIA, DE APROXIMADAMENTE 1.63 DE TALLA Y UN PESO APROXIMADO DE 75 KGS, VESTIDO CON PLAYERA AZUL CON LINEAS INTERCALADAS COLOR BLACO, PANTALON DE MEZCLILLA COLOR AZUL Y ZAPATOS TIPO PENNY LOAFER COLOR NEGRO.

### VI. EXPLORACION FISICA GENERAL

SV: TA: 110/70, FC: 78, FR: 18, TEMP: 36.3°C

CONCIENTE, ORIENTADO, COOPERADOR, BIEN HIDRATADO, CUERO CABELLUDO CON PRESENCIA DE CICATRIZ ANTIGUA DEL NACIMIENTO REFIERE SECUNDARIA A USO DE FORCEPS EN REGION OCCIPITO-PARIETAL REDONDA DE 0.5 X0.5 CMS, NORMOCEFALO, SIN DATOS DE TRAUMATISMOS O CONTUSION RECIENTES, CARA CON PRESENCIA DE AMBOS OJOS, SIMETRICOS, RESPUESTA PUPILAR ADECUADA, NARIZ INTEGRA, NO SE ENCUENTRAN DATOS DE TRAUMATISMO A DICHO NIVEL, FOSAS NASALES PERMEABLES, NO SE ENCUENTRA PRESENCIA DE SANGRADO, CAVIDAD ORAL SIN ALTERACIONES, PRESENCIA DE BARBA, CUELLO SIN ALTERACIONES, ARCOS DE MOVILIDAD COMPLETOS, NO PRESENTA LESIONES DERMICAS, TORAX ANTERIOR CON

PRESENCIA DE ACNE, EN REGION AXILAR SE APRECIAN CICATRICES DE APROXIMADAMENTE 5 CMS POR ANTECEDENTE QUIRURGICO DE LIPOSUCCION, EN REGION POSTERIOR DE TORAX SIN ALTERACIONES DERMICAS, NO PRESENTA CONTUSIONES NI TRAUMATISMOS, A LA PALPACION NO HAY DOLOR, NO SE PALPA EN RESTO DE TORAX DATOS DE FRACTURA, CARDIOPULMONAR APARENTEMENTE SIN ALTERACIONES, ABDOMEN BLANDO, SEMIGLOBOSO A EXPENSAS DE TEJIDO ADIPOSO, DEPRESIBLE SIN DATOS DE IRRITACION PERITONEAL EN REGION UMBILICAL CON PRESENCIA DE CICATRIZ DE 1 CM APROXIMADAMENTE POR ANTECEDENTE DE LIPOSUCCION, EN REGION INFRA-UMBILICAL DERECHA PRESENCIA DE MULTIPLES PIQUETES DE AGUJA POR TRATAMIENTO DE MESOTERAPIA PARA ADELGAZAR, GENITALES ACORDES A EDAD Y GENERO, INTEGROS, SIN PRESENCIA DE LESIONES, REGION GLUTEA APARENTEMENTE SIN LESIONES, ANO INTEGRO APARENTEMENTE, EXTREMIDAD INFERIOR IZQUERDA CON PRESENCIA DE DERMOEXCORIACION A NIVEL DE PANTORRILAS EN REGION INTERNA DE APROXIMADAMENTE 1 CM, COMENTA HABERSELA REALIZADO AL DESMONTAR CABALLO Y RECIBIR TRAUMATISMO DIRECTO CON PROPIA BOTA HACE 4 DIAS, EXTREMIDAD INFERIOR DERECHA SIN ALTERACIONES, EXTREMIDAD SUPERIOR DERECHA CON PRESENCIA A NIVEL DE MUÑECA DE CICATRIZ ANTIGUA HACE APROXIMADAMENTE 16 AÑOS POR LESION PENETRANTE CON CRISTAL EN SU DOMICILIO, EXTREMIDAD SUPERIOR IZQUIERDA SIN ALTERACIONES, PRESENCIA DE UÑAS INTEGRAS EN LAS 4 EXTREMIDADES, SIGNOS VITALES DENTRO DE PARAMETROS NORMALES, DEMAS DE LA EXPLORACION FISICA SIN ALTERACIONES APARENTES, DANDO POR CONCLUIDA LA EXPLORACION FISICA EL DIA DIECISIETE DE NOVIEMBRE DEL DOSM MIL CATORCE A LAS 00:36 HRS.

ELABORÓ
MEDICO EXPLORADOR
C. TTE CORB SSN. MC.N.
ITZEL DAYANA GARCÍA DOMÍNGUEZ
(M-60548)
CED. PROF. 8406565