# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09 CR 383-16 |
| | ) | Judge Ruben Castillo |
| JESUS RAUL BELTRAN LEON, | ) | |
| | ) | |
| Defendant. | ) | |

## DOCKETING STATEMENT

Defendant, **JESUS RAUL BELTRAN LEON**, by and through his attorneys, **BLEGEN & GARVEY**, respectfully submits the following Docketing Statement.

The district court had jurisdiction over this case pursuant to 18 U.S.C. §3231. Appellate jurisdiction is conferred on the Seventh Circuit Court of Appeals under 28 U.S.C. §1291 and 18 U.S.C. §3742(a).

This is an appeal from a Sentence orally pronounced by the district court on August 6, 2019, and Judgment in a Criminal Case entered on the docket on August 9, 2019. (Dkt. 724) Defendant pleaded guilty to one count of Conspiracy to Distribute a Controlled Substance (Count One) of the Ninth Superseding Indictment, with the remaining counts dismissed on the motion of the United States. Defendant was sentenced to imprisonment in the United States Bureau of Prisons for a term of three hundred thirty-six (336) months, and five (5) years supervised release upon release from imprisonment. Defendant was also ordered to pay a special assessment in the amount of $100.00. The government's motion for a

preliminary order of forfeiture (Dkt. 706) is currently being briefed, after which the district court indicated it will rule by mail. (Dkt. 723)

Pursuant to Rule 4(b)(1) of the Federal Rules of Appellate Procedure, the Notice of Appeal was filed within fourteen days of the entry of the judgment in this case.

Respectfully submitted,

 **s/ Patrick W. Blegen**
**PATRICK W. BLEGEN**, One of the Attorneys for Defendant Jesus Raul Beltran Leon.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1424
Chicago, Illinois 60604
(312) 957-0100